ACME STEEL AND MALLEABLE IRON WORKS, INC., Appellant, *v.* THE DEPARTMENT OF LABOR OF THE STATE OF NEW YORK et al., Respondents.

(Argued October 23, 1930; decided November 18, 1930.)

*Parton Swift* for appellant.

*Hamilton Ward, Attorney-General (Allan T. Klots* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.